DAN RAYFIELD
Attorney General of Oregon
PAUL L. SMITH
Solicitor General
PEENESH SHAH
Assistant Attorney General
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Defendants-Appellants

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CASALA, LLC, an Oregon limited liability company, DBA Bubble's Hash; REC REHAB CONSULTING, LLC, an Oregon limited liability company, DBA Ascend Dispensary,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>TINA KOTEK, Oregon Governor, Governor of the State of Oregon, in her official capacity; DAN RAYFIELD, Attorney General of the State of Oregon, in his official capacity; DENNIS DOHERTY, Chair of the Oregon Liquor and Cannabis Commission, in his official capacity; CRAIG PRINS, the Executive Director of the Oregon Liquor and Cannabis Commission, in his official capacity,<br><br>    Defendants-Appellants. | U.S.C.A. No. 25-3707<br><br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Page 1 - STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL
    SPH:bmg\1018941774

As contemplated under Federal Rule of Appellate Procedure 42(b), all parties move for an order dismissing the above-captioned appeal as moot in light of the recent repeal of the statute at issue in this case. *See* 2026 Or. Laws ch. 73 (repealing 2024 Ballot Measure 119).[1] The listed parties have agreed that appellants will bear all costs for the appeal and that each side shall bear its own attorney fees.

DATED: April 28, 2026

DAN RAYFIELD
Attorney General
PAUL L. SMITH
Solicitor General

/s/ Peenesh Shah
PEENESH SHAH
Assistant Attorney General
peenesh.h.shah@doj.oregon.gov

Attorneys for Defendants-Appellants
Tina Kotek, et al.

FISHER & PHILLIPS LLP
Todd A. Lyon
Alexander A. Wheatley
Janelle W. Debes

/s/ Stephen M. Scott
STEPHEN M. SCOTT
smscott@fisherphillips.com

Attorneys for Plaintiffs-Appellees
Casala LLC, dba Bubble's Hash, and
Rec Rehab Consulting LLC,
dba Ascend Dispensary

---

[1] Information about that recently enacted law can be found at https://olis.oregonlegislature.gov/liz/2026R1/Measures/Overview/HB4162.

Page 2 - STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL
SPH:bmg\1018941774

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I directed the Stipulated Motion to Voluntarily Dismiss Appeal to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Peenesh Shah
_____

PEENESH SHAH #112131
Assistant Attorney General
peenesh.h.shah@doj.oregon.gov

Attorney for Defendants-Appellants
Tina Kotek, et al

Page 3 - STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL
SPH:bmg\1018941774